UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHUI W. KWONG; GEORGE GRECO; GLENN
HERMAN; NICK LIDAKIS; TIMOTHY S.
FUREY; DANIELA GRECO; NUNZIO CALCE;
SECOND AMENDMENT FOUNDATION, INC.;
and THE NEW YORK STATE RIFLE & PISTOL
ASSOCIATION, INC.,

                      Plaintiffs,

        -against-

MICHAEL BLOOMBERG, in his Official
Capacity as Mayor of the City of New York; and
CITY OF NEW YORK,

                      Defendants.

        -and-

ATTORNEY GENERAL OF THE STATE OF
NEW YORK,

                      Intervenor.

No. 11 Civ. 2356 (JGK) (DCF)

ECF Case

**NOTICE OF MOTION**

---

      PLEASE TAKE NOTICE that, pursuant to Rule 56 of the Federal Rules of Civil

Procedure and the Scheduling Order in this case, Plaintiffs move for summary judgment that:

1. New York City's $340 fee for a "Residence Premises" handgun license,
   N.Y.C. Admin. Code § 10-131(a)(2), is constitutionally impermissible; and

2. Section 400(14) of the New York Penal Law denies equal protection of the
   law, as-applied to authorize a "Residence Premises" handgun license fee in
   excess of $10.

      PLEASE TAKE FURTHER NOTICE that Plaintiffs rely upon the Memorandum of Law,

Statement of Undisputed Facts, and supporting Declarations and Exhibits filed herewith.

-2-

Dated:  New York, New York
        June 22, 2011

                              **DAVID JENSEN** PLLC

                              By:

                                  David D. Jensen, Esq.
                              708 Third Avenue, Sixth Floor
                              New York, New York  10017
                              Tel:  212.380.6615
                              Fax:  917.591.1318
                              david@djensenpllc.com
                              *Attorney for Plaintiffs*