UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
Shui W. Kwong, et al.,                          :       Civil Action Number:
                                                :       11 cv 2356
               Plaintiffs,        :
                                                :       (Hon. John G. Koeltl)
          -against-                            :
                                                :
Michael Bloomberg, et al.,                      :
                                                :
               Defendants.        :
----------------------------------------------------X

## NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT BY INTERVENOR NEW YORK STATE ATTORNEY GENERAL ERIC T. SCHNEIDERMAN

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law dated July 28, 2011; the Statement of Uncontested Material Facts Pursuant to Local Rule 56.1; the Declaration of Monica A. Connell, sworn to July 28, 2011; the Declaration of James Sherman, executed on July 27, 2011, Intervenor New York State Attorney General Eric T. Schneiderman will cross-move for summary judgment before the Honorable John G. Koeltl, at a time and place to be determined by the Court, dismissing Plaintiffs' claim challenging the constitutionality of Penal Law § 400.00(14), declaring that that section does not violate Plaintiffs' rights under the United States Constitution, and granting such other and further relief as the Court deems just, proper and appropriate.

**PLEASE BE FURTHER ADVISED** that pursuant to the Federal Rules of Civil Procedure, and the May 25, 2011 Stipulation and Order of this Court, opposition papers to this motion, if any, must be served and filed on or before August 19, 2011.

Dated: New York, New York
July 28, 2011

                 ERIC T. SCHNEIDERMAN
                 Attorney General of the
                 State of New York
                 <u>Intervenor</u>
                 By:

                 _____
                 MONICA A. CONNELL
                 ANTHONY J. TOMARI
                 Assistant Attorneys General
                 MATTHEW LEVY
                 Legal Assistant
                 120 Broadway, 24th Floor
                 New York, New York 10271
                 (212) 416-8965/8553

TO: David Jensen, Esq. *(Via ECF)*
   David Jensen PLLC
   <u>Attorneys for the Plaintiffs</u>
   708 Third Avenue
   New York, New York 10017
   Tel. 212-380-6615
   Fax 917-591-1318

   Michelle Goldberg-Cahn, Esq. *(Via ECF)*
   Senior Counsel
   New York City Law Department
   <u>Attorneys for the City Defendants</u>
   100 Church Street, 5-171
   New York, NY 10007
   Tel. 212-788-0758
   Fax 212-791-9714