

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

KENT T. STAUFFER
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

SO ORDERED:

/s/ John G. Koeltl
9/30/11 U.S.D.J.

WRITER'S DIRECT DIAL: 212-416-8965

September 30, 2011

RECEIVED
SEP 30 2011
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Shai W. Kwong et al. v. Michael Bloomberg, et al.
S.D.N.Y. Case No. 11 cv 2356

Dear Judge Koeltl:

This Office represents New York State Attorney General Eric Schneiderman, intervenor in the above-referenced action. We write to ask for an enlargement of the page limit for the reply memorandum of law in support of our cross-motion for summary judgment.

In this action, Plaintiffs challenge provisions of the New York City Administrative Code and the New York State Penal Law which set the fees charged for handgun licenses as unconstitutional under the Second and Fourteenth Amendments of the United States Constitution. At the July 5, 2011 conference in this case, the Court increased the page limits for the parties' briefs to 35 pages and we believe set a 15 page limit on reply briefs. We ask to be permitted 18 pages for our reply brief, which is due on Tuesday, October 4, 2011. Plaintiffs' memorandum in opposition to our cross-motion is 35 pages and the additional pages are necessary to address the various arguments made therein. Plaintiffs have consented to this request.

Please feel to contact me should you have any questions.

Respectfully submitted,

Monica Connell
*Assistant Attorney General*

MC/

120 BROADWAY, NEW YORK N.Y. 10271-0332 • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.AG.NY.GOV

Page 2

c.c.: David Jensen, Esq.
*Attorney for the Plaintiffs*
Michelle Goldberg-Cahn
*Attorney for the City Defendants*