UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

SHUI W. KWONG; GEORGE GRECO; GLENN
HERMAN; NICK LIDAKIS; TIMOTHY S. FUREY;
SECOND AMENDMENT FOUNDATION, INC.; and
THE NEW YORK STATE RIFLE & PISTOL
ASSOCIATION, INC.,

                        Plaintiffs,

          -against-

MICHAEL BLOOMBERG, in his Official Capacity as
Mayor of the City of New York; CITY OF NEW YORK;
and ERIC SCHNEIDERMAN, in his Official Capacity as
Attorney General of the State of New York,

                        Defendants.

------------------------------------------------------------------ X

**CITY DEFENDANTS' RESPONSES TO PLAINTIFFS' COUNTER-STATEMENT OF UNDISPUTED MATERIAL FACTS**

11 Civ. 2356 (JGK)
ECF Case

        Pursuant to Rule 56.1 of the Local Civil Rules of the United States District Court for the Southern District of New York, defendants Michael Bloomberg in his official capacity as Mayor of the City of New York and the City of New York (collectively "City defendants") submit the following responses to Plaintiffs' Statement of Undisputed Material Facts, dated June 22, 2011, and following counter statement of undisputed material facts:

### GENERAL STATEMENTS AND OBJECTIONS

        City defendant's responses to Plaintiffs' Counter-Statement of Undisputed Material Facts, dated August 24, 2011 ("Plaintiffs' Counter-56.1 Statement"), are provided herein. Any statements that are not disputed are not disputed solely for purposes of this motion.

## CITY DEFENDANTS' RESPONSES TO PLAINTIFFS' COUNTER 56.1 STATEMENT

City defendants respond to each of the paragraphs utilizing the numbering scheme set forth in Plaintiffs' Counter 56.1 Statement.

1. City defendants do not dispute the statements set forth in paragraph "1."

2. City defendants do not dispute the statements set forth in paragraph "2."

3. City defendants do not dispute the statements set forth in paragraph "3."

4. City defendants do not dispute the statements set forth in paragraph "4."

5. City defendants do not dispute the statements set forth in paragraph "5."

6. City defendants do not dispute the statements set forth in paragraph "6."

7. City defendants dispute the statements set forth in paragraph "7" to the extent that City defendants did not see any information on the City's license fee and attempts to decrease that fee on the cited website (www.nysrpa.org [last accessed October 3, 2011]), however, City defendants aver that such dispute is not material.

8. City defendants do not dispute the statements set forth in paragraph "8."

9. City defendants do not dispute the statements set forth in paragraph "9."

Dated: New York, New York
October 4, 2011

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for City Defendants
100 Church Street, 5th Floor
New York, New York 10007
(212) 788-0758

By: _____
    MICHELLE GOLDBERG-CAHN
    Assistant Corporation Counsel