UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHUI W. KWONG; *et al.*,<br><br>                          Plaintiffs,<br><br>   -against-<br><br>MICHAEL BLOOMBERG, *et al.*,<br><br>                          Defendants. | No. 11 Civ. 2356 (JGK) (DCF)<br><br>ECF Case<br><br><br>**PLAINTIFFS' NOTICE OF<br>SUPPLEMENTAL AUTHORITY** |

      COME NOW the Plaintiffs, by and through their undersigned counsel, to notify the Court of a recent decision that is relevant to Plaintiffs' pending motion for summary judgment, but was decided after Plaintiffs submitted their briefing papers.

      The decision in <u>State v. Ibrahim</u>, no. 28756-4, 2011 Wash. App. LEXIS 2448 (Wash. Ct. App. Oct. 27, 2011),[1] concerned a Washington State law that required legal aliens (alone) to register their firearms. <u>See</u> <u>id.</u> at *1. The court found that this disparate burden "denie[s] legal aliens the equal protection of law by denying their Second Amendment right to keep and bear arms" and overturned a conviction for failing to register. <u>Id.</u> at *17.

Dated: New York, New York
           November 22, 2011

                                      **DAVID JENSEN** PLLC

                                      By: _____
                                          David D. Jensen, Esq.
                                      61 Broadway, Suite 1900
                                      New York, New York  10006
                                      Tel:  212.380.6615
                                      Fax:  917.591.1318
                                      david@djensenpllc.com
                                      *Attorney for Plaintiffs*

---

[1] The court published its decision, but it has not yet been paginated in the Reporters. <u>See</u> http://www.courts.wa.gov/opinions/pdf/287564.opn.doc.pdf (last visited Nov. 22, 2011).