UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KWONG,

                Plaintiff(s),                      **NOTICE OF ORAL ARGUMENT**

      -against-

BLOOMBERG,                                  11 civ 2356 (JGK)

                Defendant(s).
-------------------------------------------------------X

To All Parties,

     You are directed to appear for oral argument on the pending motion(s), to be held on

**Tuesday, January 24, 2012 at 2:30pm** in Courtroom 12B, in front of the Honorable John G.

Koeltl.

     **All requests for adjournments must be made in writing to the Court.**

     For any further information, please contact the Court at (212) 805-0107.

                                    **Don Fletcher**

                          **Courtroom Case Manager**

Dated: New York, New York
       January 13, 2012

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/13/2012_