USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-18-12

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL



RECEIVED
JAN 13 2012
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

KENT T. STAUFFER
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

WRITER'S DIRECT DIAL: 212-416-8965

January 13, 2012

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   **Shui W. Kwong et al. v. Michael Bloomberg, et al.**
           **S.D.N.Y. Case No. 11 cv 2356**

Dear Judge Koeltl:

    This Office represents New York State Attorney General Eric Schneiderman, intervenor in the above-referenced action. We write to ask for an adjournment of the date for oral argument in this case. Pursuant to a notice of oral argument of today's date, oral argument is currently scheduled for Tuesday January 24, 2012.

    An adjournment is necessary because I have a personal obligation on January 24, 2012, which cannot be moved. Furthermore, plaintiff's counsel, David Jensen, Esq., will be on trial, he anticipates from January 23 through the 25th. All parties consent to this request for an adjournment. This is a first request for an adjournment. The parties have begun discussing availability for alternate dates and, should the Court grant this request, can perhaps speak with Chambers to select a date when all parties are available.

    Please feel to contact me should you have any questions and thank you for your consideration of this request.

*ADJOURNED TO FRIDAY, FEBRUARY 10, 2012 AT 2:30PM SO ORDERED.*

Respectfully submitted,

Monica Connell
*Assistant Attorney General*

MC/

/s/ John G. Koeltl
1/18/12
USDJ

120 BROADWAY, NEW YORK N.Y. 10271-0332 • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.AG.NY.GOV

Page 2

c.c.:    David Jensen, Esq.
         *Attorney for the Plaintiffs*
         Michelle Goldberg-Cahn
         *Attorney for the City Defendants*