UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

SHUI W. KWONG; et al.,

Plaintiff,

-against-

MICHAEL BLOOMBERG; et al.,

Defendant.

-------------------------------------------------------

Case No.  11 Civ. 2356 (JGK)

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending                    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

David D. Jensen
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DJ-2261_____   My State Bar Number is 4234449_____

I am,

[✓]     An attorney

[ ]     A Government Agency attorney

[ ]     A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:     FIRM NAME: David Jensen PLLC_____
              FIRM ADDRESS: 61 Broadway, Suite 1900, New York, NY 10006_____
              FIRM TELEPHONE NUMBER: (212) 380-6615_____
              FIRM FAX NUMBER: (917) 591-1318_____

NEW FIRM:     FIRM NAME: David Jensen PLLC_____
              FIRM ADDRESS: 111 John Street, Suite 230, New York, NY 10038_____
              FIRM TELEPHONE NUMBER: (212) 380-6615_____
              FIRM FAX NUMBER: (917) 591-1318_____

[✓]     I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]     I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
        was entered on _____ by Judge_____.

Dated: 18 April 2012

s/ David D. Jensen_____
_____
ATTORNEY'S SIGNATURE