UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHUI W. KWONG; *et al.*,<br><br>                           Plaintiffs,<br><br>   -against-<br><br>MICHAEL BLOOMBERG, *et al.*,<br><br>                           Defendants. | No. 11 Civ. 2356 (JGK) (DCF)<br><br>ECF Case<br><br><br>**NOTICE OF APPEAL** |

      Notice is hereby given that Plaintiffs SHUI W. KWONG, GEORGE GRECO, GLENN HERMAN, NICK LIDAKIS, TIMOTHY S. FUREY, DANIELA GRECO, NUNZIO CALCE, SECOND AMENDMENT FOUNDATION, INC., and THE NEW YORK STATE RIFLE & PISTOL ASSOCIATION, INC. hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order (Doc. No. 45) denying Plaintiffs' motion for summary judgment and granting Defendants' and Intervenor's cross-motions for summary judgment, entered in this action on the 26th day of March, 2012.

Dated: New York, New York
        April 18, 2012

                                          **DAVID JENSEN PLLC**

                                          By: _/s/ David Jensen_
                                              David D. Jensen, Esq.
                                     111 John Street, Suite 230
                                     New York, New York  10038
                                     Tel:  212.380.6615
                                     Fax:  917.591.1318
                                     david@djensenpllc.com
                                     *Attorney for Plaintiffs*