**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

1:11-cv-02356-JGK

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of July, two thousand and thirteen.

Before: JOHN M. WALKER, JR.,
         JOSÉ A. CABRANES,
         RICHARD C. WESLEY,
           *Circuit Judges*.

_____

Shui W. Kwong, George Greco, Glenn Herman, Nick Lidakis, Timothy S. Furey, Daniela Greco, Nunzio Calce, Second Amendment Foundation, Inc., New York State Rifle & Pistol Association, Incorporated,

    Plaintiffs - Appellants,

v.

Michael Bloomberg, in his Official Capacity as Mayor of the City of New York, City of New York,

    Defendants - Appellees,

Attorney General of the State of New York,

    Intervenor - Appellee,

Eric T. Schneiderman, in his Official Capacity as Attorney General of the State Of New York,

    Defendant.

_____

**JUDGMENT**
Docket No. 12-1578

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 1, 2013

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED in accordance with the opinion of this court.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/01/2013